UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>PEGGY MAHONEY,<br><br>   Defendant. | NO. CR-04-2128-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE** |

Before the Court is Defendant's Motion to Amend Conditions of Release (Ct. Rec. 52). Defendant requests permission to travel from Spokane, Washington, to Phoenix, Arizona, on March 22, 2006, for the purpose of a family vacation. She also asks permission to travel from Phoenix, Arizona, to Las Vegas, Nevada, on March 28, 2006, to attend a business convention. Defendant will return from Las Vegas, Nevada, to Spokane, Washington, on March 31, 2006. The Government does not oppose the Motion. In addition, Defendant has been fully compliant with her conditions of release.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Amend Conditions of Release (Ct. Rec. 52) is **GRANTED**.

2. Defendant may travel to Phoenix, Arizona, on March 22, 2006, then to Las Vegas, Nevada, on March 28, 2006, and return to Spokane, Washington, on Friday, March 31, 2006.

3. Defendant shall abide by all other conditions of release.

**ORDER GRANTING DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE** * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  order and to provide copies to counsel and the U.S. Probation Office.
3  **DATED** this 20th day of March, 2006.

5                          s/ Robert H. Whaley
6                          ROBERT H. WHALEY
                           Chief United States District Judge

11 Q:\CRIMINAL\2004\Mahoney\peggymahoney.amend.ord.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO AMEND
CONDITIONS OF RELEASE** * 2